```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


TUDOR INSURANCE COMPANY,    )
                            )
     Plaintiff,             )
                            )       CIVIL ACTION NO.
     v.                     )         1:10cv483-MHT
                            )             (WO)
TITLE PRO CLOSINGS, LLC,    )
et al.,                     )
                            )
     Defendants.            )
```

## OPINION

This litigation is now before the court on plaintiff Tudor Insurance Company's amended motion for default judgment, seeking a declaration that it owed no duty to defend and indemnify defendant Tammy Peters with respect to various lawsuits that have been filed against her and that are the subject of this litigation.  On October 8, 2010, the court issued an order requiring that Peters "show cause, if any there be, in writing by October 22, 2010, as to why said motion should not be granted."  The court further informed Peters "that if she fail[ed] to

respond within the time allowed, the motion [would] be granted and the relief requested [would] be entered against her." Because Peters has failed to respond within the time allowed, Tudor Insurance's amended motion for default judgment will be granted.

An appropriate judgment will be granted.

DONE, this the 25th day of October, 2010.

                                      /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE