IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TUDOR INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:10cv483-MHT |
| | ) | (WO) |
| TITLE PRO CLOSINGS, LLC, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Tudor Insurance Company's amended motion for default judgment (doc. no. 53) is granted.

(2) Default judgment is entered in favor of plaintiff Tudor Insurance Company and against defendant Tammy Peters.

(3) It is DECLARED as to defendant Tammy Peters that

plaintiff Tudor Insurance Company owes no duty

to defend and indemnify her with respect to the

various lawsuits that have been filed against

her and that are the subject of this litigation.

This declaration applies only as to defendant

Tammy Peters and does not apply to the other

defendants in this litigation.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of October, 2010.


   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE