IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TUDOR INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) TITLE PRO CLOSINGS, LLC, ) et al., ) ) Defendants. ) | CIVIL ACTION NO. 1:10cv483-MHT (WO) |

### JUDGMENT

Upon consideration of the motion to dismiss (doc. no. 136), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that this cause is dismissed without prejudice, except as to the claims against Tammy Peters (as this court has previously entered a judgment and declaration against defendant Peters), with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 13th day of January, 2012.**

                                               **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**